NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

OMAR R. STANLEY,                    )
                                    )
            Appellant,              )
                                    )
v.                                  )          Case No. 2D18-4606
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____ )

Opinion filed June 19, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Charlotte County; George C. Richards,
Judge.

Omar R. Stanley, pro se.


PER CURIAM.

         Affirmed.  See Johnson v. State, 60 So. 3d 1045 (Fla. 2011); Benyard v.

Wainwright, 322 So. 2d 473 (Fla. 1975); Nielson v. State, 984 So. 2d 587 (Fla. 2d DCA

2008); Fox v. State, 827 So. 2d 377 (Fla. 3d DCA 2002).


SILBERMAN, BLACK, and SMITH, JJ., Concur.